FILED
2026 Oct-08 PM 04:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

**MASHIACH C. LASSITER,**
Plaintiff,

**v.**

**AIRBNB INC, *et al.*,**
Defendants.

**Case No. 2:26-cv-932-CLM**

## MEMORANDUM OPINION

The magistrate judge ordered Plaintiff Mashiach Lassiter to file an amended complaint within 21 days and warned him that failure to do so could result in dismissal of the case for failure to prosecute. (Doc. 6). Lassiter failed to do so and asked that the case be reassigned to a District Judge for dismissal. (Doc. 7).

The court agrees and **DISMISSES** the case **WITHOUT PREJUDICE** for failure to prosecute. The court will enter a separate order carrying out this ruling.

The court **DIRECTS** the Clerk of Court to mail a copy of this order to pro se Plaintiff Mashiach Lassiter at his address of record.

**DONE** and **ORDERED** on October 8, 2026.

**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE